### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALAN JACOBSON, | § |
| | § |
| Plaintiff, | § Civil Action No. 0:17-cv-62326 |
| | § |
| v. | § |
| | § |
| KOHLS DEPARTMENT STORES, INC., | § |
| | § |
| Defendant. | § |
| | § |
| | § |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

                                                                         RESPECTFULLY SUBMITTED,

DATED: September 10, 2018

                                                  By: /s/ Amy L. Bennecoff Ginsburg
                                                  Amy L. Bennecoff Ginsburg, Esq.
                                                  Kimmel & Silverman, P.C.
                                                  30 E. Butler Avenue
                                                  Ambler, PA 19002
                                                  Tel: 215-540-8888
                                                  Fax: 215-540-8817
                                                  aginsburg@creditlaw.com

                                                  Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Scott A. Underwood, Esq.
Buchanan Ingersoll & Rooney PC
401 E. Jackson Street
Suite 2400
Tampa, FL 33602
813-222-1187
Fax: 813-222-8189
Email: Scott.Underwood@bipc.com

Vincent P. Rao, Esq.
Kelley Drye & Warren LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
(973) 503-5900
Email: vrao@kelleydrye.com

James B. Saylor, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808- 7800
Email: jsaylor@kelleydrye.com
Attorney for Defendant

Dated: September 10, 2018               By: /s/ Amy L. Bennecoff Ginsburg
                                        Amy L. Bennecoff Ginsburg, Esq.
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Avenue
                                        Ambler, PA 19002
                                        Tel: 215-540-8888
                                        Fax: 215-540-8817
                                        aginsburg@creditlaw.com