UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-62326-HUCK/McAliley

ALAN JACOBSON,

    Plaintiff,

vs.

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.
_____/



## ORDER

This cause is before the Court on the parties' Joint Stipulation to Dismiss With Prejudice [D.E. 32], filed September 25, 2018. The Court has reviewed the stipulation and is otherwise duly advised. Accordingly, it is hereby

ORDERED that this action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Court retains jurisdiction for 60 days to enforce the settlement agreement. All pending motions are denied as moot, and the case is closed.

DONE AND ORDERED in Chambers, Miami, Florida, on September 26, 2018.

                                            Paul C. Huck
                                            United States District Judge

**Copies furnished to:**
All Counsel of Record